**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: William Scott Cook                    CHAPTER 13
                   Debtor(s)

                                                             BKY. NO. 23-12566 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                            Respectfully submitted,

                                         /s/ *Mark A. Cronin*
                                         Mark Cronin
                                         01 Sep 2023, 15:54:41, EDT

                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 627-1322