**BRADY & CISSNE LAW**
**BY: KEELY CARR BRADY, ESQUIRE**
Attorney Identification No. 84560
**BY: SAMANTHA D. CISSNE, ESQUIRE**
Attorney Identification No. 312055
651 E. Township Line Road, #601
Blue Bell, PA 19422
(267) 415-6625

Attorney for Creditor
Maple Glen Village Homeowners Association

---

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

IN RE:   **WILLIAM SCOTT COOK**    :    **CASE NO.:   23-12566-mdc**
                                                                  :
                                                                  :    **CHAPTER 13**

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE THAT, Maple Glen Village Homeowners Association, a homeowners association organized and existing under the laws of Pennsylvania appears herein by its counsel, Brady & Cissne Law and pursuant to Bankruptcy Rule 2002 and Section 1109(b) of the Bankruptcy Code, 11 U.S.C.A. § 1109(b) demands that all notices given or required to be served in this case be given to and served upon the following:

> BRADY & CISSNE LAW
> Keely Carr Brady, Esq.
> Samantha D. Cissne, Esq.
> 651 E. Township Line Road, #601
> Blue Bell, PA 19422

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or otherwise: (1) which affect or seek to affect in any way any rights or properties in which Maple Glen Village Homeowners Association may have an interest, or (2) which require or seek to require any act, delivery of any property, payment or other conduct by William Scott Cook.

                                                                    /s/  Keely Carr Brady
Dated: September 8, 2023                                             Brady & Cissne Law
                                                                    651 E. Township Line Road, #601
                                                                    Blue Bell, PA 19422
                                                                    (267) 415-6625
                                                                    scissne@bradycissnelaw.com
                                                                    kbrady@bradycissnelaw.com