United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12566-mdc |
| William Scott Cook | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Mar 08, 2024  Form ID: pdf900  Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Scott Cook, 952 Mapleglen Circle, Pottstown, PA 19464-3259 |
| cr | + | Maple Glen Village Homeowners Association, c/o Brady & Cissne Law, 651 E. Township Line Rd., #601, Blue Bell, PA 19422, UNITED STATES 19422-5029 |
| 14818417 | + | Cavalry SPV 1, LLC, c/o David J. Apothaker, 100 CENTURY PARKWAY, Suite 310, MOUNT LAUREL, NJ 08054-1155 |
| 14843936 | + | Lower Pottsgrove Township Municipal Authority, c/o JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100 King of Prussia, PA 19406-2726 |
| 14843800 | + | Lower Pottsgrove Township Municipal Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14843799 | + | Lower Pottsgrove Township Municipal Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14818391 | + | Maple Glen VIllage Homeowners Association, c/o Specht Realty, Inc, 1800 E. High St., Suite 200, Pottstown, PA 19464-3239 |
| 14818390 | + | Maple Glen VIllage Homeowners Association, c/o Brady & Cissne Law, P.O. Box 601, Blue Bell, PA 19422-0601 |
| 14814829 | + | Maple Glen Village Homeowners Association, C/O Brady & Cissne Law, 651 E. Township Line Rd., #601, Blue Bell, PA 19422-5029 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 09 2024 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 09 2024 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 09 2024 00:53:28 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14812726 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 09 2024 00:36:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14811983 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 09 2024 00:42:15 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14812195 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 09 2024 00:42:48 | Ally Bank Lease Trust - Assignor to Vehicle, Asset Universal Leasing Trust (a.k.a., VAULT TRUST or V.A.U.L. Trust or &quot, or V.A.U.L.T.), c/o AIS Port, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14823296 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 09 2024 00:42:46 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14810462 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 09 2024 00:35:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 |

Case 23-12566-mdc    Doc 29    Filed 03/10/24    Entered 03/11/24 01:29:23    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 08, 2024 | Form ID: pdf900 | Total Noticed: 40 |

| | | | |
|---|---|---|---|
| | | | Woodard Ave, Detroit, MI 48226-3416 |
| 14818388 | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 09 2024 00:36:00 | American Honda Finance Corporation88, P.O. Box 168088, Irvine, TX 75016-8088 |
| 14821162 | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 09 2024 00:35:00 | Citizens Bank N.A., 1 Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 14810463 | + Email/Text: bankruptcy@cavps.com | Mar 09 2024 00:36:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14818418 | + Email/Text: bankruptcy@cavps.com | Mar 09 2024 00:36:00 | Cavalry SPV 1, LLC, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 14827425 | + Email/Text: bankruptcy@cavps.com | Mar 09 2024 00:36:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14810464 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 09 2024 00:42:21 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14810465 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 09 2024 00:42:47 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14810466 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 09 2024 00:36:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14810467 | + Email/Text: convergent@ebn.phinsolutions.com | Mar 09 2024 00:36:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, 800 Sw 39th St, Ste 100, Renton, WA 98057-4927 |
| 14810468 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 09 2024 00:42:47 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 14810469 | + Email/Text: bknotice@ercbpo.com | Mar 09 2024 00:36:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14812255 | ^ MEBN | Mar 09 2024 00:25:22 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14810470 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 09 2024 00:36:00 | LoanCare LLC, Attn: Bankruptcy/Consumer Solution Dept, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 14828852 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 09 2024 00:36:00 | LoanCare, LLC, 3637 Sentara Way, Virgina Beach, VA 23452-4262 |
| 14823985 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2024 00:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14810471 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2024 00:36:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14810472 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 09 2024 01:11:36 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14828437 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 09 2024 00:42:50 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14810473 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 09 2024 00:42:47 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14810474 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 09 2024 00:42:13 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14810475 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 09 2024 01:11:36 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14810476 | + Email/Text: bncmail@w-legal.com | Mar 09 2024 00:36:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14810477 | + Email/Text: dbogucki@trumark.org | | |

                Mar 09 2024 00:36:00    Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Lower Pottsgrove Township Municipal Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14814915 | ##+ | Maple Glen Village Homeowners Association, c/o KEELY CARR BRADY, Brady & Cissne Law, 501 Bethlehem Pike, Erdenheim, PA 19038-8212 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2024                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY A. FRIGO | on behalf of Debtor William Scott Cook anthonyfrigo@msn.com frigoar70666@notify.bestcase.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Lower Pottsgrove Township Municipal Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KEELY CARR BRADY | on behalf of Creditor Maple Glen Village Homeowners Association kbrady@bradycissnelaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | |
|---|---|
| WILLIAM SCOTT COOK | Chapter 13 |
| | Bankruptcy No. 23-12566-MDC |
| Debtor | |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

DATE: March 8, 2024

_____
Honorable Magdeline D. Coleman
Bankruptcy Judge